UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2020 JAN 14 P 3: 38

STEPHEN C. DRIES
CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

COLIN H. COFFIN,

    Defendant.

Case No. 20-CR-

[18 U.S.C. § 922(g)(1)]

Green Bay Division

20-CR-006

## INDICTMENT

### COUNT ONE
### (Possession of a firearm by a convicted felon)

**THE GRAND JURY CHARGES THAT:**

1.     On or about November 9, 2019, in the State and Eastern District of Wisconsin,

**COLIN H. COFFIN,**

knowing that he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm which, prior to his possession of it, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2.     The firearm is more fully described as a Taurus, Model G2C, 9-millimeter pistol, bearing serial number TMT32396.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE NOTICE

Upon conviction of an offense in violation of 18 U.S.C. § 922(g)(1), as set forth in Count One, the defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any and all firearms and ammunition involved in the offense of conviction, including, but not limited to:

1. One Taurus, Model G2C, 9-millimeter pistol, bearing serial number TMT32396.

A TRUE BILL:

FOREPERSON

Date: Jan. 14th, 2020

MATTHEW D. KRUEGER
United States Attorney